**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JAMES HINES | DOCKET NUMBER: 4:22-cv-3094 |
| Plaintiff | SECTION: |
| VS. | JUDGE |
| JACKY LINES, INC., AND RODOLFO VAZQUEZ | MAGISTRATE: |
| Defendants | UNDER TITLE: DIV. JURIS. 28 U.S.C., 1332 |

---

COMPLAINT FOR DAMAGES

---

## JURISDICTON AND VENUE

Plaintiff, James Hines, is a person of full age and majority domiciled in City of Greensburg, Green County, State of Kentucky.

Plaintiff alleges acts of negligence against defendants pursuant to 28 U.S.C., 1332, diversity of citizenship of the parties. Furthermore, the amount in controversy as to each party in this matter exceeds the jurisdictional limits of this Honorable Court of $75,000.00.

Consequently, jurisdiction of this Honorable Court is proper. By virtue of the existence of diverse parties, this Honorable Court has subject matter jurisdiction over this claim as follows:

> First named Defendant is Jacky Lines, Inc. who upon information and belief is a State of California corporation with principle place of business also being in California; that may be served at 11083 Catawba Ave Fontana, Ca 92337 who is doing business in Chambers County Texas and who at all times mentioned herein is the owner a White 2009 International Vin No.: 2HSCUAPR19C114601 Tractor trailer which was involved in a collision on November 11, 2021 and employer of

Defendant, Rodolfo Vazquez and who at all times mentioned herein was in the course and scope of employment;

Second named Defendant, Rodolfo Vazquez who, that may be served at 299 Daylily Drive, Perris Ca. 92571 1 was operating White 2009 International Vin No.: 2HSCUAPR19C114601 Tractor trailer, which was involved in a collision on November 11, 2021, and at all times herein employed by Defendant is Jacky Lines, Inc. and operating within the course and scope of employment.

**COUNT 1 - CAUSE OF ACTION**

All of the aforementioned defendants are jointly, severally and in solido liable unto plaintiff for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

On or about November 11, 2021, at approximately 1:10 P.M., Plaintiff, James Hines, was operating his Blue 2014 Dodge Caravan in the middle lane, traveling eastbound on interstate 10 in the middle lane in Chambers County, Texas in a Safe and prudent manner.

At approximately the same time and place Defendant, Rudolfo Vasquez was driving his 18-wheeler, a White 2009 International Vin No.: 2HSCUAPR19C114601 towing a tractor trailer traveling east bound on interstate 10 in the middle lane at an unsafe distance directly behind plaintiff James Hines, in a reckless and imprudent manner at a high rate of speed

Suddenly unexpectedly and without warning defend it Rodolfo Vasquez struck the rear end of plaintiff James Hines's his vehicle causing serious bodily injury and property damage.

The aforementioned Defendant, Jacky Lines, Inc. and Defendant, Rodolfo Vazquez are liable for their own negligence under Texas law and things in their custody and control and are vicariously liable for the negligence of their employees and liable under the legal theory of

respondeat superior and it's employee Defendant, Rodolfo Vazquez.

## COUNT 2 – NEGLIGENCE

Defendant, Jacky Lines, Inc. and Defendant, Rodolfo Vazquez are liable unto plaintiff for their own negligence and the negligence of employees and its insured's which includes but is not limited to the following:

a. Failure to keep a proper lookout;
b. Failure to make a timely application of his brakes so as to avoid striking plaintiff;
c. Negligent entrustment;
d. Improper Supervision and training;
e. Failure to educate employees on driver safety;
f. Failure to properly screen employees for health impediments which could inhibit and hamper the ability to safely operate a motor vehicle;
g. Failure to exercise reasonable vigilance;
h. Failure to maintain reasonable and proper control of his vehicle;
i. Failure to see what he should have seen;
j. Failure to observe the posted speed limit; and
k. Any and all other acts of negligence which might be shown at the time ofthis trial.

## COUNT 3 – DAMAGES

As a result of the aforementioned incident, Plaintiff, James Hines, suffered severe injuries which injuries include, but are not limited to, upper thoracic extension restriction with pain, Cervical strain/sprain, Thoracic strain/sprain persisting headaches, including but not limitedto multiple aggravations of vertebrae disc herniation, bulges and desiccations which may require future medical treatment to alleviate the pain associated with the injuries complained of herein.

In addition, damages include Past, present, and future mental anguish and physical pain and suffering and loss of function; Past, present, and future medical expenses and lost wages at this time; Past, Present and future lost wages; and Loss of enjoyment of life; and damage to property.

**COUNT 4 - RELIEF SOUGHT**

Plaintiff, James Hines, is entitled to an amount in damages reasonably calculated to compensate him for injuries he sustained which included but not limited to:

a. Past, present, and future mental pain, suffering and anguish;

b. Past, present, and future physical pain and suffering and loss of function;

c. Past, present, and future medical expenses;

d. Past, Present and future lost wages;

e. Loss of enjoyment of life;

f. loss of property. and

g. Any and all other damages cognizable by the Constitution of the State ofTexas and the United States Constitution.

**PRAYER FOR RELIEF**

Plaintiff avers amicable demand to no avail.

**WHEREFORE,** Plaintiff, James Hines prays that this Complaint be filed and that Defendant, Jacky Lines, Inc. and Defendant, Rodolfo Vazquez be duly cited and served with a copy of same to appear and answer same and after all legal delays and due proceedings are had that there be judgment herein in favor of Plaintiff, James Hines , and against Defendant, Jacky Lines, Inc. and Defendant, Rodolfo Vazquez jointly severally and in solido in an amount reasonably calculated to compensate Plaintiff for his damages, together with legal interest thereon, from date of judicial demand until paid and for all costs of the proceedings and all general

and equitable relief this Honorable Court deem necessary.

Respectfully submitted,

***DENNIS SPURLING PLLC***
***ATTORNEY AT LAW & FRIENDS***

______________________________

DENNIS D. SPURLING (TB# 24053909)
Southern District of Texas No.: 718307
J.P. Morgan Chase Building
3003 South Loop West – Suite 400
Houston, Texas 77054
(713) 229 – 0770 Telephone
(713) 229 – 8444 Facsimile
ddspurling@dennisspurling.com